**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

THOMAS MELTON, individually and on
behalf of others similarly situated,

　　　　　　　　　　Plaintiff,

v.

THE CITY OF KANSAS CITY, MISSOURI,

　　　　　　　　　　Defendants.

）
）
）
）
）
）
）
）
）
）
）
）
）

Case No. _____

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant City of Kansas City, Missouri (hereafter "Defendant") hereby removes to this Court the state court action described below. Defendant removes this case on grounds of federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441 and states the following in support of removal:

### PROCEDURAL POSTURE AND VENUE

1. Plaintiff Thomas Melton ("Plaintiff") filed a *Collective Action Petition* in the Circuit Court of Jackson County, Missouri, styled as *Thomas Melton v. The City of Kansas City, Missouri,* Case No. 2216-CV28161 (the "State Court Action"), on December 13, 2022.

2. Plaintiff's *Collective Action Petition* filed in the State Court Action asserts claims against Defendant for violations of the Missouri Minimum Wage Law, § 290.500 *et seq.* ("MMWL") and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") individually and on behalf of others similarly situated.

3. Plaintiff served Defendant through its registered agent, with the Summons and a copy of the Petition in the State Court Action on May 16, 2023.

1

4. Defendant is filing this Notice of Removal within thirty (30) days of service of the Summons and Petition. Thus, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

5. The Circuit Court of Jackson County, Missouri is located within the Western District of Missouri. 28 U.S.C. § 105(b)(1). Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(a).

6. In accordance with 28 U.S.C. §1446(a) a copy of the entire court file in the State Court Action, including the docket sheet, all pleadings and papers that have been filed and served on all Defendants in the State Court Action, is attached to this Notice as **Exhibit A**. Plaintiff has not served upon Defendant any other process, pleadings or orders.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly, upon filing this Notice of Removal, give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court of Jackson County, Missouri. Attached to this Notice as **Exhibit B** is a copy of the *Notice of Defendant's Notice of Removal to Federal Court*, which is being filed in the Circuit Court of Jackson County, Missouri.

### THIS COURT HAS ORIGINAL FEDERAL JURISDICTION OVER PLAINTIFF'S CLAIM

8. The State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has original federal question jurisdiction under 28 U.S.C. § 1331 based upon federal question.

9. In his *Petition for Damages*, Plaintiff asserts claims against Defendant that includes state law claims and federal claims pursuant to the FLSA. Accordingly, this Court has original federal question jurisdiction under 28 U.S.C. § 1331 because the claims contained the Petition are based on claims arising under the laws of the United States of America.

10.     Plaintiff's Petition also asserts claims under the MMWL, but those claims are based on the same factual assertions and the claims are so related to the federal claims in this action that they are within this Court's original jurisdiction in that they form part of the same case or controversy under Article III of the Constitution.   This Court, therefore, has supplemental jurisdiction of those claims pursuant to 28 U.S.C. § 1367(a).

11.     Based on Plaintiff's Petition, Plaintiff's State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446.

WHEREFORE, for the above and foregoing reasons, Defendant hereby notifies this Court, Plaintiff, and the Circuit Court of Jackson County, Missouri that the above-captioned matter, now pending against it in the Circuit Court of Jackson County, Missouri has been removed to the United States District Court for the Western District of Missouri.

Respectfully submitted,

*/s/ Samantha J. Monsees*
Samantha J. Monsees MO Bar 65545
Melody L. Rayl         MO Bar 60362
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO  64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email:  smonsees@fisherphillips.com
Email:  mrayl@fisherphillips.com

ATTORNEYS FOR DEFENDANT
CITY OF KANSAS CITY, MISSOURI

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies on this 14th day of June, 2023, that the above and foregoing was served electronically via operation of the Court's CM/ECF system to:

Raymond E. Salva, Jr.
John B. Boyd
John R. Boyd
Jason Iezzi
BOYD KENTER THOMAS & PARRISH, LLC
221 Lexington Avenue, Suite 200
Independence, MO  64051
TEL:  (816) 471-4511
FAX:  (816) 471-8450
Email:  rsalva@bktplaw.com
Email:  jbboyd@bktplaw.com
Email:  jrboyd@bktplaw.com
Email:  jiezzi@bktplaw.com

ATTORNEYS FOR PLAINTIFF
THOMAS MELTON

/s/  *Samantha J. Monsees*
**Attorney for Defendant**

4